HELMUT HEYL, Respondent, v. R. P. FARNSWORTH & Co., INC., et al., Appellants

524

Concur — Botein, P. J., Steuer, Tilzer, Rabin and Bastow, JJ.